# Third District Court of Appeal

## State of Florida

Opinion filed December 31, 2014.

_____

No. 3D13-2257
Lower Tribunal No. 08-24725
_____

**Katline Realty Corp., a Florida Corporation,**
Appellant,

vs.

**Gregg Avedon, as Personal Representative of the Estate of Jane Avedon.**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Jacqueline Hogan Scola, Judge.

David H. Charlip, for appellant.

Mark A. Marder, for appellee.

Before WELLS, SUAREZ and SALTER, JJ.

WELLS, Judge.

**<u>ON MOTION FOR REHEARING AND CLARIFICATION</u>**

Appellee's motion for rehearing is denied; however, we clarify our opinion solely to confirm that the Avedons are entitled to a fee award in excess of any amount which may be set-off against the amount due to Katline Realty Corp. should a fee award in excess of the amount due Katline be entered.